MICHAEL L. TRACY, ESQ., SBN 237779
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff DANNY UGA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANNY UGA, an individual<br><br>        Plaintiff,<br><br>   vs.<br><br>EXCALIBUR ENGINEERING, INC., A CALIFORNIA CORPORATION;  CHRIS LAPLANTE, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  CV10-2780-AHM (VBKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  October 01, 2010

By:

[signature]

JS-6

_____
UNITED STATES DISTRICT JUDGE